UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Luby's Fuddruckers Restaurants, LLC v. Visa Inc., et al.,* No. 17-cv-04555 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS plaintiff Luby's Fuddruckers Restaurants, LLC ("Plaintiff"), which is the only plaintiff in the action *Luby's Fuddruckers Restaurants, LLC v. Visa Inc., et al.*, No. 17-cv-04555 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against all of the defendants in the *Luby's Fuddruckers Restaurants* action, Visa Inc., Visa U.S.A. Inc., Visa International Service Association, Mastercard International Incorporated, Mastercard Incorporated, BA Merchant Services LLC, Bank of America Corporation, Barclays Bank Delaware, Capital One, N.A., Capital One Bank (USA), N.A., Capital One Financial Corporation, Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Citibank, N.A., Citigroup Inc., Fifth Third Bancorp, First National Bank of Omaha, HSBC Finance Corporation, HSBC North America Holdings, Inc., The PNC Financial Services Group, Inc., SunTrust Banks, Inc., SunTrust Bank, Texas Independent Bancshares, Inc., Wells Fargo & Company, and Wells Fargo Merchant Services, LLC (collectively the "Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action

against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: May 4, 2020.

**BURDINE WYNNE LLP**

By: _____
David E. Wynne
Kenneth R. Wynne
Scott G. Burdine
1021 Main Street, Suite 1275
One City Centre
Houston, TX 77002
(713) 227-8835
dwynne@burdinewynne.com
kwynne@burdinewynne.com
sburdine@burdinewynne.com

*Attorneys for Plaintiff*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

3

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____/s/_____
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
Jessica Morton
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com
jmorton@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*


**MORRISON & FOERSTER LLP**


By: _____
Mark P. Ladner
Michael B. Miller
250 West 55th Street
New York, NY 10019-9601
(212) 468-8000
mladner@mofo.com
mbmiller@mofo.com

*Attorneys for Defendants BA Merchant Services LLC and Bank of America Corporation*

4

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
    Gary R. Carney
    1285 Avenue of the Americas
    New York, NY 10019-6064
    (212) 373-3000
    gcarney@paulweiss.com

    Kenneth A. Gallo
    Donna M. Ioffredo
    Jessica Morton
    2001 K Street, NW
    Washington, DC 20006-1047
    (202) 223-7300
    kgallo@paulweiss.com
    dioffredo@paulweiss.com
    jmorton@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*


**MORRISON & FOERSTER LLP**

By: _____
    Mark P. Ladner
    Michael B. Miller
    250 West 55th Street
    New York, NY 10019-9601
    (212) 468-8000
    mladner@mofo.com
    mbmiller@mofo.com

*Attorneys for Defendants BA Merchant Services LLC and Bank of America Corporation*

SHEARMAN & STERLING LLP

By: /s/ Richard F. Schwed
Richard F. Schwed
Grace J. Lee
Benjamin Klebanoff
599 Lexington Avenue
New York, NY   10022-6069
(212) 848-4000
rschwed@shearman.com
glee@shearman.com
bklebanoff@shearman.com

*Attorneys for Defendant Barclays Bank Delaware*


**O'MELVENY & MYERS LLP**


By: _____
Andrew J. Frackman
Abby F. Rudzin
7 Times Square
New York, NY   10036
(212) 326-2000
afrackman@omm.com
arudzin@omm.com

*Attorneys for Defendants Capital One, N.A., Capital One Bank (USA), N.A., and Capital One Financial Corporation*

5

**SHEARMAN & STERLING LLP**

By: _____
    Richard F. Schwed
    Grace J. Lee
    Benjamin Klebanoff
    599 Lexington Avenue
    New York, NY 10022-6069
    (212) 848-4000
    rschwed@shearman.com
    glee@shearman.com
    bklebanoff@shearman.com

*Attorneys for Defendant Barclays Bank Delaware*

**O'MELVENY & MYERS LLP**

By: _____
    Andrew J. Frackman
    Abby F. Rudzin
    7 Times Square
    New York, NY 10036
    (212) 326-2000
    afrackman@omm.com
    arudzin@omm.com

*Attorneys for Defendants Capital One, N.A., Capital One Bank (USA), N.A., and Capital One Financial Corporation*

        **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: _____
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY   10001
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.*


**SIDLEY AUSTIN LLP**


By: _____
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 7th Avenue
    New York, NY   10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*


**KEATING MUETHING & KLEKAMP PLL**


By: _____
    Richard L. Creighton
    Drew M. Hicks
    One East Fourth Street, Suite 1400
    Cincinnati, OH   45202
    (513) 579-6400
    rcreighton@kmklaw.com
    dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


By: _____
    Boris Bershteyn
    Kamali P. Willett
    One Manhattan West
    New York, NY   10001
    (212) 735-3000
    boris.bershteyn@skadden.com
    kamali.willett@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.*


**SIDLEY AUSTIN LLP**

By: *Benjamin R. Nagin*
    Benjamin R. Nagin
    Thomas A. Paskowitz
    787 7th Avenue
    New York, NY   10019
    (212) 839-5300
    bnagin@sidley.com
    tpaskowitz@sidley.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*


**KEATING MUETHING & KLEKAMP PLL**


By: _____
    Richard L. Creighton
    Drew M. Hicks
    One East Fourth Street, Suite 1400
    Cincinnati, OH   45202
    (513) 579-6400
    rcreighton@kmklaw.com
    dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____
Boris Bershteyn
Kamali P. Willett
One Manhattan West
New York, NY 10001
(212) 735-3000
boris.bershteyn@skadden.com
kamali.willett@skadden.com

*Attorneys for Defendants Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.*


SIDLEY AUSTIN LLP


By: _____
Benjamin R. Nagin
Thomas A. Paskowitz
787 7th Avenue
New York, NY 10019
(212) 839-5300
bnagin@sidley.com
tpaskowitz@sidley.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*


KEATING MUETHING & KLEKAMP PLL

By: /s/ Richard L. Creighton
Richard L. Creighton
Drew M. Hicks
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
rcreighton@kmklaw.com
dhicks@kmklaw.com

*Attorneys for Defendant Fifth Third Bancorp*

6

**KUTAK ROCK LLP**

By:     */s/ James M. Sulentic*
    John P. Passarelli
    James M. Sulentic
    The Omaha Building
    1650 Farnham Street
    Omaha, NE   68102
    (402) 346-6000
    john.passarelli@kutakrock.com
    james.sulenteic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _____
    David S. Lesser
    7 World Trade Center
    250 Greenwich Street
    New York, NY   10007
    (212) 230-8851
    david.lesser@wilmerhale.com

    Perry A. Lange
    1875 Pennsylvania Avenue, NW
    Washington, DC   20006
    (202) 633-6493
    perry.lange@wilmerhale.com

*Attorneys for Defendants HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**KUTAK ROCK LLP**

By: _____
John P. Passarelli
James M. Sulentic
The Omaha Building
1650 Farnham Street
Omaha, NE  68102
(402) 346-6000
john.passarelli@kutakrock.com
james.sulenteic@kutakrock.com

*Attorneys for Defendant First National Bank of Omaha*


**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: _____
David S. Lesser
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8851
david.lesser@wilmerhale.com

Perry A. Lange
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 633-6493
perry.lange@wilmerhale.com

*Attorneys for Defendants HSBC Finance Corporation and HSBC North America Holdings, Inc.*

**REED SMITH LLP**

By: *Michelle A. Mantine*
    Michelle A. Mantine
    Conor M. Shaffer
    Reed Smith Centre
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA   15222
    (412) 288-4268
    (412) 288-3802
    mmantine@reedsmith.com
    cshaffer@reedsmith.com

*Attorneys for Defendant The PNC Financial Services Group, Inc.*

**ALSTON & BIRD LLP**

By: _____
    Teresa T. Bonder
    Valarie C. Williams
    Kara F. Kennedy
    1201 W. Peachtree Street, NW
    Atlanta, GA   30309
    (404) 881-7000
    teresa.bonder@alston.com
    valarie.williams@alston.com
    kara.kennedy@alston.com

*Attorneys for Defendants SunTrust Banks, Inc. and SunTrust Bank*

**REED SMITH LLP**

By: _____
Michelle A. Mantine
Conor M. Shaffer
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA   15222
(412) 288-4268
(412) 288-3802
mmantine@reedsmith.com
cshaffer@reedsmith.com

*Attorneys for Defendant The PNC Financial Services Group, Inc.*

**ALSTON & BIRD LLP**

By: _____
Teresa T. Bonder
Valarie C. Williams
Kara F. Kennedy
1201 W. Peachtree Street, NW
Atlanta, GA   30309
(404) 881-7000
teresa.bonder@alston.com
valarie.williams@alston.com
kara.kennedy@alston.com

*Attorneys for Defendants SunTrust Banks, Inc. and SunTrust Bank*

8

PULLMAN & COMLEY, LLC

By: _____
Jonathan B. Orleans
Adam S. Mocciolo
850 Main Street
Bridgeport, CT  06601
(203) 330-2000
jborleans@pullcom.com
amocciolo@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Robert P. LoBue
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000
rplobue@pbwt.com
wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Merchant Services, LLC*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                United States District Judge

9

**PULLMAN & COMLEY, LLC**

By: _____
    Jonathan B. Orleans
    Adam S. Mocciolo
    850 Main Street
    Bridgeport, CT   06601
    (203) 330-2000
    jborleans@pullcom.com
    amocciolo@pullcom.com

*Attorneys for Defendant Texas Independent Bancshares, Inc.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: _/s/ Robert LoBue_____
    Robert P. LoBue
    William F. Cavanaugh
    1133 Avenue of the Americas
    New York, NY   10036
    (212) 336-2000
    rplobue@pbwt.com
    wfcavanaugh@pbwt.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Merchant Services, LLC*

SO ORDERED:
s/ MKB 5/4/2020

_____
MARGO K. BRODIE
United States District Judge